# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2021

162505 & (65)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

DEREK SHAW,
        Plaintiff-Appellee,

v

ELIZABETH SHAW,
        Defendant-Appellant.

SC: 162505
COA: 352851
Sanilac CC: 14-035535-DM

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 10, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2021



Clerk

b0322